

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

DCL:MMO

*610 Federal Plaza
Central Islip, New York 11722*

August 14, 2019

Honorable Joseph F. Bianco
United States Circuit Judge
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

        Re:    United States v. Kenner and Constantine
                   No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

      Enclosed for your consideration are revised Preliminary Orders of Forfeiture, which address the issues that were discussed during the conference that was held before Your Honor on July 2, 2019.

                                        Respectfully submitted,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

                  By:    /s/ Madeline O'Connor
                          Madeline O'Connor
                          Diane C. Leonardo
                          Assistant U.S. Attorneys
                          (631) 715-7870
                          (631) 715-7854

cc:  Philip Kenner