UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA

               – against –

TOMMY CONSTANTINE,

        Defendant.

----------------------------------------X

ORDER
13 CR 0607 (JFB)

JOSEPH F. BIANCO, Circuit Judge (sitting by desingation):

In light of counsel for Tommy Constantine's letter to the Court, dated February 9, 2021, and the ongoing impact of the pandemic, the defendant's surrender date is extended to May 14, 2021.

SO ORDERED.

/s/ Joseph F. Bianco
_____
JOSEPH F. BIANCO
UNITED STATES CIRCUIT JUDGE
(Sitting by Designation)

Dated:    March 24, 2021
             Central Islip, New York