## CRIMINAL CAUSE FOR TELEPHONE STATUS CONFERENCE

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)

DATE: 05/11/2021    TIME: 2:05 p.m.    TIME IN COURT: 55 Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)    TITLE: USA v. Kenner et al.

DEFT NAME: TOMMY CONSTANTINE (2)
X PRESENT ___ NOT PRESENT  ___ IN CUSTODY  X ON BAIL

ATTY. FOR DEFT.: Sam Talkin

X PRESENT  ___ NOT PRESENT  ___ RET  X C.J.A  ___ FED. DEF. OF NY, INC.

A.U.S.A. Matthew Haggans

DEPUTY CLERK: Jim Toritto

FTR: 2:05-3:00

COURT REPORTER: ___ M. FOLEY  ___ F. GUERINO  ___ P. LOMBARDI
                ___ M. STEIGER ___ D. TURSI   ___ O. WICKER

**FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ MAY 11 2021 ★ LONG ISLAND OFFICE**

X  CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  STATUS CONFERENCE/ORAL RULINGS _____

___  DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

X  OTHER:

1. The Defendant's motion for bond pending appeal [DE 991] is denied. A written order will follow.
2. The Defendant's 5/14/21 surrender date is held in abeyance.
3. The Government shall submit a letter regarding whether or not the electronic devices in question are in the possession of law enforcement, and whether the foresenic images still exist.
4. The parties are directed to have a conference call with the Defendant's doctor. Within two weeks, the defense shall submit a letter providing an updated on the Defendant's medical condition.
5. The Government's request for an updated financial affidavit from the Defendant is denied at this time.