CRIMINAL CAUSE FOR TELEPHONE STATUS CONFERENCE

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)

DATE: 06/01/2021    TIME: 4:00 p.m.    TIME IN COURT: 45 Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)    TITLE: USA v. Kenner et al.

DEFT NAME: TOMMY C. CONSTANTINE (2)
 X  PRESENT    ___ NOT PRESENT    ___ IN CUSTODY    X  ON BAIL

ATTY. FOR DEFT.: Sanford Talkin

 X  PRESENT    ___ NOT PRESENT    X RET    ___ C.J.A    ___ FED. DEF. OF NY, INC.

A.U.S.A.    Matthew Haggans, Diane C. Leonardo

DEPUTY CLERK: DJF

FTR: 4:05-4:49

COURT REPORTER:    ___ M. FOLEY    ___ F. GUERINO    ___ P. LOMBARDI
                   ___ M. STEIGER   ___ D. TURSI     ___ O. WICKER

 X  CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  STATUS CONFERENCE/ORAL RULINGS

 X  DEFENDANT TOMMY C. CONSTANTINE CONTINUED ON BAIL.

 X  OTHER: Defendant consents to proceed with today's status conference by telephone. The Motion to Compel Disclosure of Brady Material [DE 1045] is denied without prejudice to file a 2255 motion. Additional rulings as set forth on the record.