FILED
CLERK
6/7/2021 4:20 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

# CRIMINAL CAUSE FOR TELEPHONE STATUS CONFERENCE

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)

DATE: 06/07/2021      TIME: 2:00 p.m.      TIME IN COURT: 75 Minutes

DOCKET NUMBER: CR 13-00607 (JFB)(AYS)     TITLE: USA v. Kenner et al.

DEFT NAME: PHILLIP A. KENNER (1)
___ PRESENT   _X_ NOT PRESENT     _X_ IN CUSTODY   ___ ON BAIL

ATTY. FOR DEFT.: Matthew Whitney Brissenden (Stand-by Counsel)

___ PRESENT  _X_ NOT PRESENT    ___ RET   _X_ C.J.A   ___ FED. DEF. OF NY, INC.

DEFT NAME: TOMMY C. CONSTANTINE (2)
___ PRESENT  _X_ NOT PRESENT   ___ IN CUSTODY   _X_ ON BAIL

ATTY. FOR DEFT.: Sanford Talkin

___ PRESENT  _X_ NOT PRESENT   _X_ RET   ___ C.J.A   ___ FED. DEF. OF NY, INC.

A.U.S.A. Madeline M. O'Connor, Diane C. Leonardo

COUNSEL FOR INTERESTED PARTIES:

For Diamante and Ken Jowdy: Thomas McC. Souther, Kevin P. Mulry

For Danske Bank:        George Kostolampros, Xochitl S. Strohbehn,
                        Doreen S. Martin, Kelly Weiner

For Owen Nolan:         Seetha Ramachandran

For CSL Properties:     Steve Main

For Homeowners:         Marc Wolinsky

DEPUTY CLERK: DJF

FTR: 2:11-3:22

COURT REPORTER:  ___ M. FOLEY    ___ F. GUERINO    ___ P. LOMBARDI
                 ___ M. STEIGER  ___ D. TURSI      ___ O. WICKER

_X_ CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___ STATUS CONFERENCE/ORAL RULINGS

___ DEFENDANT PHILLIP A. KENNER CONTINUED IN CUSTODY.

___ DEFENDANT TOMMY C. CONSTANTINE REMAINS ON BOND.

__X__ OTHER: The Court instructs the parties to continue discussions regarding reaching a settlement. The Court directs that the parties meet and confer within a week to discuss the discovery requests and recommends that the Government narrow their discovery requests. Danske Bank is directed to file a letter by June 14, 2021 outlining the status of those discussions. Additional rulings as set forth on the record.