**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

June 14, 2021

Honorable Joseph F. Bianco
Visiting United States District Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

BY ECF

Re: United States v. Constantine
13 Cr. 607 (JFB)

Dear Judge Bianco:

      Defendant Tommy Constantine ("Constantine") respectfully submits this letter to provide the Court with an update on two outstanding issues before the Court. First, he has undergone the medical testing previously described to the Court and is scheduled to receive the results at an appointment on July 2, 2021. A supplemental update letter will subsequently be filed with the Court. Second, co-defendant Phillip Kenner, through his standby counsel, has informed Constantine that he is not willing to waive the attorney/client privilege. However, Kenner stated that he would be amenable to, and assist in, any reasonable procedure put in place to expedite the review of the relevant electronic device or devices.

      Thank you for your Honor's consideration on these issues.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc: AUSA Matthew Haggans (by ECF)
     AUSA Saritha Komatireddy (by ECF)
     Matthew Brissenden, Esq. (by ECF)