

U.S. Department of Justice

United States Attorney
Eastern District of New York

JHK:DCL:MMO

610 Federal Plaza
Central Islip, New York 11722

June 22, 2021

Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
Long Island Federal Courthouse
Central Islip, New York 11722

      Re:    United States v. Kenner and Constantine
                   No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

      The government respectfully submits the petitions the government received from prospective third-party petitioners that were not filed on the docket. Attached are petitions that the government received from: Bryan Berard; John Kaiser; Tyson Nash; Michael Peca and Kristin Peca; and Joe Juneau.[1] *See* Exhibit A (Berard petition); Exhibit B (Kaiser petition); Exhibit C (Nash petition); Exhibit D (Peca petition); and Exhibit E (Juneau petition).

      In addition to the foregoing, the following third-party petitions were previously filed on the docket: petition of Danske Bank filed on May 6, 2020, Docket Entry ("DE") 835; petition of Mark D'Ambrosio filed on July 6, 2020, DE 873; petition of Owen and Diana Nolan filed on July 8, 2020, DE 874; petition of CSL Properties filed on July 14, 2020, DE 880; petition of Patricia Formisano filed on July 16, 2020, DE 881; petition of SH55, LLC and Kenneth Jowdy filed on July 16, 2020, DE 882; petition of Gregory A. Carrafiello and Ana Alejandra Gutierrez Flores filed on July 16, 2020, DE 883; petition of Anthony Miranda filed on July 20, 2020, DE

---

[1] Personally identifiable information was redacted from the petitions attached to this letter.

884; petition of Robert Burdick filed on July 21, 2020, DE 886; and petition of Turner Stevenson filed on July 22, 2020, DE 888.

          Respectfully submitted,

          JACQUELYN M. KASULIS
          Acting United States Attorney

By:   /s/ Madeline O'Connor
      Madeline O'Connor
      Diane C. Leonardo
      Assistant U.S. Attorneys
      (631) 715-7870
      (631) 715-7854

cc: All counsel of record by ECF