

Legal Department
One North Jefferson Avenue
St. Louis, MO 63103



May 13, 2020

United States District Court
Long Island District
Attn.: Clerk for the Honorable Joseph Bianco
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

    RE:   United States of America v.
             Tommy Constantine
             Case: 13 Cr. 607 (JFB)

Dear Clerk of the Court:

Pursuant to receipt of the Order dated May 11, 2020, and in accordance therewith, please be advised that Wells Fargo Clearing Services ("WFCS"), LLC d/b/a Wells Fargo Advisors has placed restrictions on any and all attachable accounts for the above-mentioned client.

Please send any and all future correspondences and pleadings to Mail Code H0004-103 at the address above or fax to 877-554-5339 for review.

WFCS requests confidential treatment of this letter, the documents, and the information contained to the extent possible.

Sincerely,

*Subpoena and Garnishment Unit, Wells Fargo Clearing Services, LLC/jsc*

Enclosures

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

TOMMY CONSTANTINE,

    DEFENDANT.
-----------------------------------------------------------X

[PROPOSED] ORDER

13 Cr. 607 (JFB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 11 2020 ★

LONG ISLAND OFFICE

Upon the application of Sanford N. Talkin, attorney for the above-named defendant, it is hereby ORDERED:

THAT Tommy Constantine ("Constantine") shall not terminate, replace, or attempt to terminate or replace, directly or indirectly, whether for cause or without cause, Dr. David Jacofsky ("Jacofsky") as Special Trustee of the Gavin Bowers Trust, the Kingston Constantine Trust or the Jenson Constantine Trust (the "Beneficiaries" and the "Trusts") without prior permission from this Court.

It is FURTHER ORDERED:

THAT Jacofsky shall immediately notify this Court in the event that he resigns as Special Trustee, is terminated or replaced, or is attempted to be terminated or replaced, whether by Constantine or by any other person as Special Trustee of the Trusts and that, upon the occurrence any of these events, the Special Trustee shall not release or distribute any funds or assets held by the Trusts without prior approval of the Court.

THAT the Special Trustee shall on a weekly basis inform the Court of contacts, if any, with Constantine related to the Trusts.

THAT the Trustee will not distribute any of the funds or assets held by the Trusts to Constantine or for Constantine's ultimate benefit without prior approval of the Court.

THAT the Special Trustee is permitted to distribute the funds within the Trusts to Stephen Hatcher, Hatcher Financial Strategist Group or Wells Fargo Advisors (the "Fiduciaries").

THAT that the Fiduciaries shall not release any of the funds to Constantine or for Constantine's ultimate benefit without prior approval of the Court.

THAT the Court, United States Attorney's Office for the Eastern District of New York ("U.S. Attorney) and defense counsel shall be notified prior to any distribution of the funds or assets held by the Trusts for anything other than uses and investments by Fiduciaries for the sole benefit of the Trusts and/or the Beneficiaries.

THAT this Order shall remain in effect until the earliest occurrence of 1) Constantine's remand to the Federal Bureau of Prisons ("BOP") and concurrent exoneration of his release bond, or 2) the conclusion of any appellate litigation in connection with the above-referenced case, or the statutory time period to file an appeal if none is filed, after the imposition of a sentence that does not result in the remand to the custody of the BOP.

It is FURTHER ORDERED THAT Constantine shall distribute this Order, through Counsel, to the Special Trustee, the Fiduciaries and the Superior Court of Arizona for Maricopa County that is overseeing the litigation regarding the estate of Sue Ellen Fergusson.

It is FURTHER ORDERED THAT, within five days of the receipt of this Order, the Special Trustee and the Fiduciaries shall acknowledge their consent to abide by this Order to the U.S Attorney and defense counsel. Such consent may be provided via email.

It is FURTHER ORDERED THAT if Constantine aids, abets, commits, counsels, commands, induces, or procures a violation of this Order, that shall be grounds for the immediate revocation of Constantine's release bond.

Dated: New York, New York
~~April~~ , 2020
May 11

S/ JOSEPH F BIANCO
_____
THE HONORABLE JOSEPH F. BIANCO
VISITING UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK



**Legal Department**
One North Jefferson Avenue
St. Louis, MO 63103
H0004-103
AU 0115289



United States District Court
Long Island District
Attn.: Clerk for the Honorable Joseph Bianco
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

DG0BSMB 11722