
May 29, 2020                         **<u>AMENDED LETTER</u>**

Legal Department
One North Jefferson Avenue
St. Louis, MO 63103

United States District Court
Long Island District
Attn.: Clerk for the Honorable Joseph Bianco
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

    RE:    United States of America v.
              Tommy Constantine
              Case: 13 Cr. 607 (JFB)

Dear Clerk of the Court:

Pursuant to receipt of the Order dated May 11, 2020, and in accordance therewith, please be advised that Wells Fargo Clearing Services ("WFCS"), LLC d/b/a Wells Fargo Advisors has placed restrictions as set forth in the Court's order on any and all attachable accounts for the above-mentioned client.

Please send any and all future correspondences and pleadings to Mail Code H0004-103 at the address above or fax to 877-554-5339 for review.

WFCS requests confidential treatment of this letter, the documents, and the information contained to the extent possible.

Sincerely,

***Subpoena and Garnishment Unit, Wells Fargo Clearing Services, LLC/jsc***

Enclosures



**Legal Department**
One North Jefferson Avenue
St. Louis, MO 63103



Presort
First Class Mail
ComBasPrice

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 63103 $ 000.43⁹
02 4W
0000353875 MAY 29 2020

United States District Court
Long Island District
Attn: Clerk for the Honorable Joseph Bianco
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

DGOBSMB 11722