

Legal Department
One North Jefferson Avenue
St. Louis, MO 63103

June 5, 2020                                    **SECOND AMENDED LETTER**

United States District Court
Long Island District
Attn.: Clerk for the Honorable Joseph Bianco
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

      RE:   United States of America v.
                 Tommy Constantine
                 Case: 13 Cr. 607 (JFB)

Dear Clerk of the Court:

Pursuant to receipt of the Order dated May 11, 2020, and in accordance therewith, please be advised that Wells Fargo Clearing Services ("WFCS"), LLC d/b/a Wells Fargo Advisors has placed restrictions as set forth in the Court's order on the accounts listed as Kingston Robert Constantine Rev. Living Trust, Jensen Joseph Constantine Rev. Living Trust and Gavin Wilson Bowers Rev. Living Trust whereby Dr. David J. Jacofsky is serving as the trustee on all in the above-mentioned case.

Please send any and all future correspondences and pleadings to Mail Code H0004-103 at the address above or fax to 877-554-5339 for review.

WFCS requests confidential treatment of this letter, the documents, and the information contained to the extent possible.

Sincerely,

***Subpoena and Garnishment Unit, Wells Fargo Clearing Services, LLC/jsc***

Enclosures