

George Kostolampros

T 202.344.4426
F 202.344.8300
gkostolampros@venable.com

August 9, 2021

<u>**VIA ECF**</u>

The Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, New York 11722

  Re: **<u>United States of America v. Kenner, Cr. No. 13-607 (JFB)</u>**

Dear Judge Bianco,

  We write on behalf of Danske Bank A/S London Branch ("Danske") to provide the Court with an update as to Danske's production of documents and materials responsive to the government's request.

  As we told the Court in our July 21, 2021 letter, Danske would produce by August 9, 2021 all of the requested documents Danske agreed to produce during the parties' June 9 and 14, 2021 meet and confers as well as an explanation as to several other requests. *See* Dkt. No. 1085.

  Danske will complete its production of the agreed-upon documents by the end of the day today.

  However, Danske needs a few additional days to provide the explanation. Danske apprised the government on Friday that Danske will produce the letter to the government on or before August 12, 2021.



* * * * *

We thank the Court for its time and attention to this matter.

 Respectfully,

 /s/ George Kostolampros

 George Kostolampros
 Doreen S. Martin
 Xochitl S. Strohbehn

cc: All parties of record via ECF