

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JHK:DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

September 20, 2021

Honorable Joseph F. Bianco
United States Circuit Judge
Court of Appeals for the Second Circuit
Long Island Federal Courthouse
Central Islip, New York 11722

      Re:    <u>United States v. Kenner and Constantine</u>
            No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

      The government respectfully submits this letter to request an adjournment of the status conference currently scheduled for September 25, 2021. Since the status conference held on August 25, 2021, counsel for Danske Bank, Silverpeak and the government have discussed and negotiated substantive changes to the previously agreed upon settlement terms and have exchanged drafts. At present, the government is awaiting receipt of Danske Bank's and Silverpeak's proposed revisions to the draft settlement stipulation. The government thus requires additional time to finalize the settlement terms and seek approval from the necessary government officials before finalizing the settlement terms. Under these circumstances, the government respectfully requests at least a three-week adjournment of the status conference, presently scheduled for September 25, 2021, to a date convenient to the Court.

                                      Respectfully submitted,

                                      JACQUELYN M. KASULIS
                                      Acting United States Attorney

                    By:    <u>/s/ Diane C. Leonardo</u>
                          Madeline O'Connor
                          Diane C. Leonardo
                          Assistant U.S. Attorneys
                          (631) 715-7870
                          (631) 715-7854

cc: All counsel of record by ECF