

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMH
F. #2013R00948

610 Federal Plaza
Central Islip, New York 11722

October 29, 2021

By ECF and Email

The Honorable Joseph F. Bianco
Visiting United States Circuit Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: United States v. Tommy Constantine
           Criminal Docket No. 13-607 (JFB)

Dear Judge Bianco:

      The government respectfully submits this letter to request that the Court set a surrender date for the above-referenced defendant. On November 10, 2020, the Court sentenced the defendant principally to 120 months of imprisonment. The Court denied a defense motion for bond pending appeal, see ECF No. 1043 (May 13, 2021), and has held a surrender date in abeyance pending resolution of a medical issue of the defendant. See generally Tr. of Hr'g (May 11, 2021).

      Based upon discussions with counsel, the government now understands that the defendant's medical issue is anticipated to be resolved by no later than mid-January 2022. Accordingly, the government respectfully requests that the Court order the defendant to surrender to the facility designated by the Bureau of Prisons by no later than January 20, 2022, without prejudice to any motion by the defense to adjust the surrender date further in the event of unanticipated complications in the defendant's medical situation.

The defendant, by counsel, consents to the foregoing.

Respectfully submitted,

BREON PEACE
United States Attorney

By:  /s/
Saritha Komatireddy
J. Matthew Haggans
Assistant U.S. Attorneys
(718) 254-6054 / 6127

cc: Clerk of Court (JFB) (By ECF and Email)
Counsel of Record (By ECF and Email)