

JHK:DCL:MMO

*610 Federal Plaza*
*Central Islip, New York 11722*

November 3, 2021

Honorable Joseph F. Bianco
United States Circuit Judge
United States Court of Appeals for the Second Circuit
Long Island Federal Courthouse
Central Islip, New York 11722

     Re:  <u>United States v. Kenner and Constantine</u>
        No. CR-13-607 (S-2) (JFB)

Dear Judge Bianco:

   The government respectfully submits this letter to request an adjournment of the status conference currently scheduled for November 8, 2021. The parties reached an agreement as to the terms of a proposed settlement, subject to necessary supervisory review approvals within the Department of Justice ("Department"). The government has obtained approval of the settlement from the USAO-EDNY Office and is in the process of seeking approval of the settlement from the Money Laundering and Asset Forfeiture Section and the Deputy Attorney General at the Department. As such, the government respectfully requests an additional three-week adjournment of the status conference, presently scheduled for November 8, 2021, to a date convenient to the Court.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

     By:  /s/ Madeline O'Connor
        Madeline O'Connor
        Diane C. Leonardo
        Assistant U.S. Attorneys
        (631) 715-7870
        (631) 715-7854

cc: All counsel of record by ECF