UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

TOMMY CONSTANTINE,

           Defendant.

-------------------------------------------------------------X

ORDER
13-CR-607 (JFB)

FILED
CLERK
4:30 pm, Nov 04, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

JOSEPH F. BIANCO, Circuit Judge (sitting by designation):

The Court has received the government's October 29, 2021 letter, which indicates that the government and defense jointly propose a surrender date of January 20, 2022. The Court agrees with the proposed date given the circumstances regarding the time needed for Mr. Constantine's medical issue to be resolved. Accordingly,

IT IS HEREBY ORDERED that Mr. Constantine shall surrender no later than January 20, 2022, to the facility designated by the Bureau of Prisons. This order is without prejudice to a motion by the defense to adjust the surrender date in the event of unanticipated complications in defendant's medical situation.

SO ORDERED.
/s/Joseph F. Bianco

JOSEPH F. BIANCO
UNITED STATES CIRCUIT JUDGE
(sitting by designation)

Dated:     November 4, 2021
               Central Islip, New York