**Diamante Doce, LLC**
**252 Seventh Avenue – PH O**
**New York, NY 10001**

December 10, 2021

**VIA ECF and FedEx**
Honorable Joseph F. Bianco
Visiting Circuit Judge (sitting by designation in below referenced matter)
U.S. Court of Appeals for the Second Circuit
100 Federal Plaza
Central Islip, NY 11722

Re: United States of America v. Kenner, Cr. No. 13-607 (JFB)

Dear Judge Bianco:

I write briefly to join in the request by George Kostolampros, counsel to Danske Bank, that the Court schedule a conference on January 7, 2022, or as soon thereafter as the parties may be heard.

In the event Department of Justice approval has not been obtained, a conference would enable the Court to ascertain the reasons and, to the extent possible, resolve any impediments. In any event, however, a conference would enable the parties to set out for the Court the steps the Court will need to take to bring the matter to an expeditious close. By way of example only, my understanding is that in order to facilitate the settlement, the Court will need to vacate its Protective Order of August 21, 2015. Dkt. No. 330.

Respectfully submitted,

Marc Wolinsky

cc: All Parties by ECF