

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/JMH
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

January 25, 2022

By ECF

The Honorable Joseph F. Bianco
Visiting United States Circuit Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Tommy Constantine
Criminal Docket No. 13-607 (JFB)

Dear Judge Bianco:

The government respectfully moves for an order unsealing the following documents: (i) the government's January 23, 2022, ex parte application to revoke the above-referenced defendant's bond (ECF No. 1141); the Court's January 24, 2022, order revoking bond (ECF No. 1143); and the resulting arrest warrant (ECF No. 1144).

Respectfully submitted,

BREON PEACE
United States Attorney

By: _____/s/_____
Saritha Komatireddy
J. Matthew Haggans
Assistant U.S. Attorneys
(718) 254-6054 / 6127

Enclosure

cc: Clerk of Court (by ECF)
Sam Talkin, Esq. (by ECF and Email)

SK/JMH
F.# 2013R00948

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | P R O P O S E D   O R D E R |
| - against - | CR 13-607 (JFB) |
| TOMMY CONSTANTINE, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney J. Matthew Haggans, for an order unsealing: (i) the government's January 23, 2022, ex parte application to revoke the above-referenced defendant's bond (ECF No. 1141); the Court's January 24, 2022, order revoking bond (ECF No. 1143); and the resulting arrest warrant (ECF No. 1144).

WHEREFORE, it is ordered that ECF Nos. 1141, 1143, and 1144 shall be unsealed.

Dated: Central Islip, New York
_____, 2022

_____
THE HONORABLE JOSEPH F. BIANCO
VISITING UNITED STATES CIRCUIT JUDGE
EASTERN DISTRICT OF NEW YORK