SK/JMH
F.# 2013R00948

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

TOMMY CONSTANTINE,

Defendant.

------------------------------X

~~PROPOSED~~ ORDER

CR 13-607 (JFB)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney J. Matthew Haggans, for an order unsealing: (i) the government's January 23, 2022, ex parte application to revoke the above-referenced defendant's bond (ECF No. 1141); the Court's January 24, 2022, order revoking bond (ECF No. 1143); and the resulting arrest warrant (ECF No. 1144).

WHEREFORE, it is ordered that ECF Nos. 1141, 1143, and 1144 shall be unsealed.

Dated:   Central Islip, New York
         Jan. 25            , 2022

s/ Joseph F. Bianco

THE HONORABLE JOSEPH F. BIANCO
VISITING UNITED STATES CIRCUIT JUDGE
EASTERN DISTRICT OF NEW YORK
(sitting by designation)