# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-CR-607 |
| TOMMY CONSTANTINE | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ **TOMMY CONSTANTINE**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:


Date: 01/24/2022

s/ Joseph F. Bianco
_Issuing officer's signature_

City and state: Central Islip, NY

Visiting U.S. Circuit Judge Joseph F. Bianco
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 1/24/22, and the person was arrested on _(date)_ 1/25/22
at _(city and state)_ SCOTTSDALE, AZ.

Date: 1/25/22
1130 HOURS (AH-1311)

#1311
_Arresting officer's signature_

D. HYMAN  #1311 - DETECTIVE
_Printed name and title_