CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:22-mj-08027-JZB-1

Case title: USA v. Constantine  
Other court case number: 13-CR-607 (JFB) Eastern District of New York

Date Filed: 01/26/2022  
Date Terminated: 01/28/2022

Assigned to: Magistrate Judge John Z Boyle

### Defendant (1)

**Tommy Constantine**  
07477-408  
*TERMINATED: 01/28/2022*

represented by **Lisa Rose Bivens**  
Mitchell Stein Carey Chapman PC  
1 Renaissance Sq.  
2 N Central Ave., Ste. 1450  
Phoenix, AZ 85004  
602-358-0290  
Email: lbivens@mscclaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Molly Patricia Brizgys**  
Mitchell Stein Carey Chapman PC  
1 Renaissance Sq.  
2 N Central Ave., Ste. 1450  
Phoenix, AZ 85004  
602-358-0296  
Fax: 602-650-1376  
Email: molly@mscclaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| Rule 5 Failure to Appear | |

## Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Sheila Phillips**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>602-514-7500<br>Fax: 602-514-7650<br>Email: sheila.phillips2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2022 | 1 | Arrest (Rule 5 out of the Eastern District of New York) of Tommy Constantine. (KGM) (Entered: 01/26/2022) |
| 01/26/2022 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Initial Appearance in Rule 5(c)(3) Proceedings as to Tommy Constantine held on 1/26/2022. The defendant consents to proceed by way of video teleconferencing. Appearance entered by retained attorneys Lisa Rose Bivens and Molly Patricia Brizgys for defendant. Status Hearing requested. Defendant remains in the temporary custody of the United States Marshal.<br><br>**Appearances**: AUSA Sheila Phillips for the Government, retained attorney Lisa Bivens for defendant. Defendant is present and in custody. Status Hearing re: Identity Hearing set for 1/27/2022 at 1:00 PM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge John Z Boyle. (Recorded by COURTSMART.) Hearing held 12:54 PM to 1:02 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CIS) (Entered: 01/26/2022) |
| 01/26/2022 | 3 | NOTICE OF ATTORNEY APPEARANCE: Lisa Rose Bivens and Molly Patricia Brizgys appearing for Tommy Constantine. (CIS) (Entered: 01/26/2022) |
| 01/27/2022 | 4 | MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Status Hearing re: Identity Hearing as to Tommy Constantine held on 1/27/2022. The defendant, having consulted with counsel, consents to proceed by way of video teleconferencing. Rule 5(c)(3) Identity Hearing waived. The Court finds identity is established. Both parties having agreed the defendant has been sentenced to a term of imprisonment, IT IS ORDERED remanding the defendant to the United States Marshal to be transported to the Bureau of Prisons to serve his sentence. |

|  |  |  | |
|---|---|---|---|
|  |  |  | **Appearances**: AUSA Sheila Phillips for the Government, retained attorney Lisa Bivens for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 1:04 PM to 1:09 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CIS) (Entered: 01/28/2022) |
| 01/28/2022 | 5 | | ORDER as to Tommy Constantine. Defendant ordered transported to the Bureau of Prisons to begin a sentence imposed in the Eastern District of New York. Signed by Magistrate Judge John Z Boyle on 1/27/2022. (CIS) (Entered: 01/28/2022) |
| 01/28/2022 | 6 | | Notice to Eastern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Tommy Constantine. Your case number is: CR-13-00607-02-JFB-AYS. Defendant has been ordered transported to the Bureau of Prisons to begin serving the sentence imposed by your Court. Please use PACER Court Links to access the public docket and documents. *(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (CIS) (Entered: 01/28/2022) |

|  |  |
|---|---|
| **PACER Service Center** | |
| **Transaction Receipt** | |
| 01/31/2022 07:37:53 | |
| **PACER Login:** | ud081519:3426153:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:22-mj-08027-JZB |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**