Molly Brizgys (#029216)
molly@mscclaw.com
Lisa R. Bivens (#034075)
lbivens@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 358-0296
Facsimile: (602) 358-0291

Attorney for Tommy Constantine

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | ) No. 2:13-cr-00607-JFB-AYS |
|---|---|
| Plaintiff, | ) 22-8027 MJ |
| v. | ) **LIMITED** NOTICE OF APPEARANCE |
| Tommy Constantine, | ) |
| Defendant. | ) |

The law firm of Mitchell Stein Carey Chapman, PC, enters its notice of appearance on behalf of Defendant Tommy Constantine in the above-captioned matter for the limited purpose of appearing on behalf of Mr. Constantine at the Initial Appearance scheduled for January 26, 2022.

DATED this 26th day of January, 2022.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By:    s/ Molly Brizgys
Molly Brizgys
Lisa R. Bivens
Attorneys for Tommy Constantine

//

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I hand delivered the foregoing document, plus one copy to the U.S. District Court Clerk's Office for filing.

Dated this 26th day of January, 2022.

_s/ Molly Brizgys_