# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 22-08027MJ-001-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Tommy Constantine, | |
| Defendant. | |

IT IS ORDERED remanding the defendant to the custody of the United States Marshal where he will be detained pending transport to the Bureau of Prisons to allow the defendant to begin serving his sentence as ordered in the Eastern District of New York case number CR-13-00607-02-JFB-AYS.

Dated this 27th day of January, 2022.

Honorable John Z. Boyle
United States Magistrate Judge

cc: USMS by email 1-28-2022 @ 4:01 PM