**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

February 1, 2022

Honorable Joseph F. Bianco
Visiting United States District Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

BY ECF

Re: <u>United States v. Constantine</u>
13 Cr. 607 (JFB)

Dear Judge Bianco:

Defendant Tommy Constantine ("Constantine") is currently in custody in District of Arizona and awaits transfer to Federal Bureau of Prisons upon completion of his COVID isolation. His bail has been revoked. For these reasons, Constantine respectfully requests that his bail be exonerated, to the extent such is required after a revocation, and that an Order issue permitting all collateral posted as security for his bail to be released including, but limited to, the properties incumbered and the funds held in his attorney's escrow account so long as they are returned to the appropriate surety or trust account. The government, by Assistant United States Attorney Matthew Haggans, consents to this application.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc: AUSA Matthew Haggans (by ECF)
AUSA Saritha Komatireddy (by ECF)