TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

February 11, 2022

Honorable Joseph F. Bianco
Visiting United States District Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

BY ECF

Re: United States v. Constantine
13 Cr. 607 (JFB)

Dear Judge Bianco:

  Defendant Tommy Constantine ("Constantine") respectfully submits this letter in supplement to his February 1, 2022 consent motion (DE 1150) for an Order permitting all collateral posted as security for his bail to be released. Attached to this letter is a proposed Order.

  Thank you for Your Honor's consideration of this motion.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc: AUSA Matthew Haggans (by ECF)
   AUSA Saritha Komatireddy (by ECF)