UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK|
----------------------------------------------------------X
UNITED STATES OF AMERICA

[PROPOSED] **ORDER**

13 Cr. 607 (JFB)

- against -

TOMMY C. CONSTANTINE,

            Defendant.
----------------------------------------------------------X

IT IS HEREBY ORDERED, upon the application of counsel for Tommy Constantine ("Constantine"), that Constantine's personal recognizance bond in this matter is hereby exonerated and released, and all suretors on Constantine's personal recognizance bond and all property, including cash held in his attorney's IOLA account, posted as security for Constantine's personal recognizance bond are also released from any liability in connection with said bond. Constantine's attorney is permitted to return the funds held in escrow to the owners of those funds in accordance with the Order of the Superior Court of Arizona for Maricopa County dated December 18, 2019.

Dated:      Central Islip, New York
              February  , 2022

                                                      SO ODERED

                                                      _____
                                                      Hon. Joseph F. Bianco
                                                      Visiting United States District Court