UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

                                      [PROPOSED] **ORDER**

                                     13 Cr. 607 (JFB)

              - against -

**FILED**
**CLERK**
11:56 am, Feb 16, 2022
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

TOMMY C. CONSTANTINE,

              Defendant.
----------------------------------------------------------X

      IT IS HEREBY ORDERED, upon the application of counsel for Tommy Constantine ("Constantine"), that Constantine's personal recognizance bond in this matter is hereby exonerated and released, and all suretors on Constantine's personal recognizance bond and all property, including cash held in his attorney's IOLA account, posted as security for Constantine's personal recognizance bond are also released from any liability in connection with said bond. Constantine's attorney is permitted to return the funds held in escrow to the owners of those funds in accordance with the Order of the Superior Court of Arizona for Maricopa County dated December 18, 2019.

Dated:      Central Islip, New York
                February 16, 2022

                                          SO ODERED

                                          /s/Joseph F. Bianco

                                          Hon. Joseph F. Bianco
                                          Visiting United States District Court