U.S. Department of Justice

United States Attorney
Eastern District of New York

BGK:DCL:MMO
F. #2013R00948

*610 Federal Plaza*
*Central Islip, New York 11722*

June 14, 2023

By ECF
The Honorable Joseph F. Bianco
United States Circuit Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Tommy C. Constantine
             Criminal Docket No. 13-CR-607 (JFB)

Dear Judge Bianco:

      The government respectfully submits for the Court's approval the enclosed Final Order of Forfeiture (the "Final Order") against defendant, Tommy C. Constantine, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

      Pursuant to the terms of the Preliminary Order of Forfeiture entered on or about March 16, 2020 (*see* Docket Entry No. 826) and a Supplemental Preliminary Order of forfeiture entered on or about July 19, 2022 (*see* Docket Entry No. 1162), the United States was directed to judicially seize and commence publication as to the seized assets described therein. Publication was completed on July 17, 2020. *See* Docket Entry no. 1171 and September 1, 2022 (*see* Docket Entry No. 1170) (Declarations of Publication).

      Thank you for Your Honor's consideration of this request.

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                  By:    /s/ Diane C. Leonardo
                                    Diane C. Leonardo
                                    Assistant U.S. Attorney
                                    (631) 715-7854

Encl.:   Final Order of Forfeiture
cc:      Counsel of Record (by ECF)